# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:95cr31-3

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **CEDRIC LAMONT DEAN,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the court on defendant's Motion to Vacate Order and Allow Defendant to File Objections to Presentence Report. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Vacate Order and Allow Defendant to File Objections to Presentence Report (#351) is **GRANTED,** the Order (#350) denying defendant's Motion to Reduce Sentence (#346) is **VACATED**, and defendant is allowed 14 days within which to file objections to the supplemental PSR (#348). After pretrial services addresses those objections in a final PSR, the government shall have 14 days within which to file an Amended Response, and defendant shall have 14 days from the filing of the Amended Response (or the running of such deadline if no Amended Response is filed) to file his Reply.

Signed: April 30, 2012

Max O. Cogburn Jr.
United States District Judge