# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:95cr31

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARCUS D. MASSEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's *pro se* Motion for Early Termination of Supervised Release. In that motion, defendant states that his supervision officer has told him that he would support early termination. This motion will be denied without prejudice as the proper method for early termination is for the supervising officer to apply to the court for early termination. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion for Early Termination of Supervised Release (#371) is **DENIED WITHOUT PREJUDICE**.

Signed: November 20, 2012

Max O. Cogburn Jr.
United States District Judge